AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Brenda Butler ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No.    6-12-3608-JDA |
| Drive Automotive Industries of America Inc; ) | |
| ***EmployBridge of Dallas Inc; ) | |
| ***Staffing Solutions Southeast Inc ) | |
| *Defendant*(s) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: summary judgment is granted for Drive Automotive Industries of America Inc.
***Defendants EmployBridge of Dallas Inc and Staffing Solutions Southeast Inc dismissed on November 20, 2014 [Doc. 62] Stipulation of Dismissal.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Magistrate Judge Jacquelyn D Austin on the record.

Date:  April 10, 2014                                                CLERK OF COURT

                                                                    s/ L K McAlister, Deputy Clerk
                                                                    *Signature of Clerk or Deputy Clerk*