In the United States District Court
District of South Carolina
Greenville Division

|  |  |
|---|---|
| Brenda Butler,<br><br>      Plaintiff<br><br>v.<br><br>Drive Automotive Industries of America, Inc. d/b/a Magna Drive Automotive; & EmployBridge of Dallas, Inc. d/b/a ResourceMFG, and Staffing Solutions Southeast, Inc. d/b/a ResourceMFG, and Staffing Solutions Southeast, Inc. D/b/a ResourceMFG,<br><br>      Defendants. | C.A. No. 6:12-cv-03608-JDA<br><br><br><br><br><br><br>**NOTICE OF APPEAL** |

     Notice is hereby given that Plaintiff hereby appeals to the United States Court of Appeals for the Fourth Circuit from the Order Granting Defendant's Motion for Summary Judgment (Docket Entry 84) and the Judgment (Docket Entry 85) entered in this action on the 10th day of April, 2014.

Respectfully submitted this 13th day of April, 2014.

                           For the Plaintiff:

                           s/ Brian P. Murphy
                           Brian P. Murphy,  Fed. I.D. No. 6770
                           C. Alexander Cable, Fed. I.D. No. 11565

Brian Murphy Law Firm, PC
514 Pettigru Street
Greenville, SC 29601
(864) 370-9400
(864) 241-1386 (fax)

-1-