# GCR



GALLAGHER COURT REPORTING

15 Chatelaine Drive  
Greenville, SC 29615

864-234-5744  
gcr@charter.net

## INVOICE

May 8, 2013

Brian P. Murphy, Esquire  
Brian Murphy Law Firm  
514 Pettigru Street  
Greenville, SC 29601

Rebilled Invoice  
Rebilled on August 8, 2013

**Invoice Number**  
**TK 21879**

**Re:** Butler, Brenda vs. Drive Automotive Industries, et al.  
Date Taken: 5/2/13

Description of Services

| | | |
|---|---|---|
| Transcript Copy | Brenda Butler - 281 | 547.95 |
| Exhibits | | 46.80 |
| | **Invoice total:** | **$594.75** |

**PAST DUE**

5/8/13 - Transcript and exhibits emailed only, per request of Mr. Murphy

# 3409  
8/14/13

Tax I.D.: 56-2244098  
Checks Payable to: GCR, Inc.

IF PAYMENT HAS RECENTLY BEEN SUBMITTED,

PLEASE DISREGARD THIS PAST DUE NOTICE